**Patricia LAWRENCE, Appellant,**

v.

**Kenneth S. APFEL, Commissioner of Social Security Administration, Appellee.**

No. 99–3510.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 21, 2001.

Decided Feb. 26, 2001.

---

1. The Hon. Paul A. Magnuson, Chief Judge, United States District Court for the District of Minnesota.

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

PER CURIAM.

Patricia Lawrence appeals the district court's[1] order affirming the Commissioner's decision to deny disability insurance benefits and supplemental security income. For the reasons explained in the district court's order, we affirm. *See* 8th Cir. R. 47B.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The HONORABLE H. DAVID YOUNG, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).